E-FILED
Wednesday, 11 September, 2013  09:46:49 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois
Peoria — Division

William Carini
Plaintiff – Pro Se

v.

IDOC Staff
C/o J. Halley And
C/o D. Lindsey

No. 10-CV-1300

__Plaintiff's motion of Intent to Filing Motion To
Reopen And Reinstate His Civil Action Against Defendants__

Now Comes Plaintiff William Carini Pro Se, Pursuant to the F.R.C.P., L.R. USDC CDIL which respectfully moves this court on plaintiff's instant motion of intent to filing motion to reopen and reinstate his civil action of complaintant pursuant to 42 USC sec 1983 against the defendants C/o Joshua Halley And C/o David Lindsay.

In Support:

1. Plaintiff's Civil Action Pursuant to 42 USC sec 1983 was filed Sept 30th 2008 (Doc # 1)

(2) Wherein prisoner civil rights claim which to state the defendants corrections officers c/o Halley and c/o Lindsay had both violated plaintiffs Eighth Amendment rights. Whereby failing to protect the plaintiff from a cellmate attack on Oct 6th 2008 with plaintiff sustaining serious head injuries.

(3) On Aug 19th 2013 Proceedings set for trial minute docket text entry. Where plaintiff pro se by oral motion for appointment of counsel was denied further by plaintiffs oral motion to requesting withdraw-dismissal of case without prejudice.
Pursuant to parties comments and responses and the defendants inquest to possible imposition of jury costs. The court proceed to enter an order to dismiss plaintiffs case without prejudice. (Copy order attached)

(4) On Aug 28 2013 defendants filed notice + motion for the imposition of jury costs (Doc #116)

(5) Plaintiff is-has filing additional motion for extension of time to respond to defendants motion for costs.

(6) Plaintiff is-has filing related additional motion for copy of court proceedings transcript had of Aug 19th 2013

(2)

(7) That due to certain new and related events with concerns to this cause. With that of Plaintiff's need for continued safety, security and protection of his civil rights and those of due process of law. And the just cause of his claims against defendant to final judgment shall justly proceed to that end.

Whereby Plaintiff upon a full meaningful accounting and review of this cause to include review of Aug/19th 2013 court proceedings transcript. Shall then timely move upon fully informed proper cause and facts upon motion to reopen and reinstate his civil action of complaint. Against the defendants thereafter upon parties and Court's readiness proceeding to Jury trial to final determined judgment in this cause.

(8) That the instant motion of intent and those referenced herein are made in sincere and respectful good faith to the merit of proceeding on Plaintiff's civil cause of action to jury final judgment.

(3)

Wherefore plaintiff respectfully moves and prays this Court grant him this his motion of intent, And granting such needed-related motions referenced herein for the extension of time for copy of transcript of proceedings held Aug 15th 2013.

So plaintiff can fully prepare to present his response to defendants motion for Jury Costs.

Moreover, so plaintiff can meaningfully present an informed and proper motion to reopen + reinstate his civil action against the defendant and fearlessly proceed to Jury trial in this cause to the just and proper verdict awarded to the plaintiff.

And any additional relief deemed proper by the Court being granted.

Respectfully Submitted
Plaintiff - Pro Se

William Carini

William Carini # N51235
Pontiac Corr Ctr Box 99
Pontiac IL 61764

(4)

Spencer, Mark

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Monday, August 19, 2013 10:06 AM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 1:10-cv-01300-JES-BGC Carini v. Haley Status Conference |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 8/19/2013 at 10:05 AM CDT and filed on 8/19/2013
**Case Name:** Carini v. Haley
**Case Number:** 1:10-cv-01300-JES-BGC
**Filer:**
**WARNING: CASE CLOSED on 08/19/2013**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Chief Judge James E. Shadid: Parties present in open court by pro se plaintiff William Carini and Attys Higgerson/Win with Defendants Joshua Halley and David Lindsey for Jury Trial on Monday, 8/19/13. Oral motion by plaintiff for appointed counsel. Motion denied. Plaintiff makes oral motion to dismiss case without prejudice. Response by Defendants. The court dismisses case without prejudice. Jury Trial cancelled and the writ issued for 8/19 AND 8/20 is RECALLED. (Court Reporter NM.) (SW, ilcd)

1:10-cv-01300-JES-BGC Notice has been electronically mailed to:

Andrew M Ramage     aramage@hinshawlaw.com, kbenner@hinshawlaw.com

Christopher L Higgerson    chiggerson@atg.state.il.us, bmyers@atg.state.il.us, jginter@atg.state.il.us, lweitekamp@atg.state.il.us, tflinn@atg.state.il.us

Htin M Win    hwin@atg.state.il.us, bmyers@atg.state.il.us, dcowan@atg.state.il.us, hmwin@syr.edu, jwight@atg.state.il.us, lweitekamp@atg.state.il.us

1

(5) (copy attachment)

United States District Court
Central District of Illinois
Peoria — Division

William Carini )
Plaintiff – Pro Se )
v. ) No. 10-CV-1300
IDOC Staff )
C/o J. Halley And )
C/o D. Lindsay )

## Notice of Filing — Certificate of Service

Please take notice that on Sept 11th 2013. I Plaintiff in the above captioned have Electronically filed the Plaintiffs instant motion of Intent to filing motion to Reopen And Reinstate this civil action. Pursuant to 42 USC Sec 1983 Against the defendants.

State of Illinois )
County of Livingston )

## Affidavit

Under Penalties Pursuant to 28 USS Sec 1746 + 735 ILCS 5/1-109 I Certify that the foregoing with any documents attached to be true and correct to best of my information and belief.

Sept 11th 2013

Affiant
Plaintiff – Pro Se

William Carini #N51235
Pontiac Corr Ctr Box 99
Pontiac IL 61764

(6)