E-FILED
Tuesday, 24 September, 2013  09:59:34 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM CARINI #N–51235, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | No. 10-cv-1300-JES-BGC |
| ) | |
| JOSEPH MATHY, Former Acting Warden, ) | |
| M. HARDY, Former Assistant Warden, MAJOR ) | |
| KEVIN DeLONG, C/O HALEY, C/O DAVID ) | |
| LINDSAY, DR. NGU, and NURSE JOYCE. ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION OF INTENT TO FILING MOTION TO REOPEN AND REINSTATE HIS CIVIL ACTION AGAINST DEFENDANTS**

Now come the Defendants, JOSHUA HALLEY AND DAVID LINDSAY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to plaintiff's motion to reinstate this case as follows:

1. A trial was scheduled in this matter on August 19, 2013. The defendants and their counsel were present and ready to proceed. Plaintiff was also present, but when asked if he was ready to proceed announced that he was dismissing the case. The Court granted the motion to dismiss. Plaintiff now seeks to reinstate his case.

2. Plaintiff appears to be motivated, at least in part, by the defence motion asking that any jury costs imposed under Local Rule 83.14 be imposed only against plaintiff. Plaintiff states he needs additional time in which to respond. The defendants have no objection to plaintiff receiving additional time in which to respond to the motion, but there is no need to reinstate the case to allow this. To the extent that plaintiff seeks to avoid the imposition of these costs, reinstating his case will not help. Local Rule 83.14 applies whenever a jury panel has reported for voir dire and the trial does not proceed. There is no provision barring the imposition of jury costs if the trial proceeds

at a later date.

3.     Beyond the issue of jury costs, the defendants object to plaintiff's motion to reinstate his case. Both defendants and two attorneys were present in court on August 19, 2013, prepared to proceed with trial. Additional witnesses were prepared to testify by video. The Department of Corrections incurred the cost of transporting plaintiff to Peoria. Plaintiff, for no clear reason, chose to dismiss his case on the morning of trial rather than to proceed. He now, still for no clear reason, seeks to reinstate the case and impose the same burden on the defendants and the State of Illinois. The defendants object to plaintiff conducting his litigation in this manner and ask that his motion to reinstate be denied.

4.     To the extent plaintiff is allowed to reinstate his case, the defendants ask that he not be allowed to proceed until he has paid all costs associated with the previous dismissal of his case.

WHEREFORE, for the above and foregoing reasons, defendants ask this Honorable Court to deny plaintiff's motion to reinstate.

Respectfully submitted,

JOSHUA HALLEY and DAVID LINDSAY,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois.

Attorney for Defendants.

By:  s/Christopher L. Higgerson
     Christopher L. Higgerson
     Assistant Attorney General

Christopher L. Higgerson, #6256085
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-5819  Phone
(217) 524-5091  Fax
E-Mail: chiggerson@atg.state.il.us
Of Counsel.

## Certificate of Service

      I hereby certify that on September 24, 2013, I electronically filed Defendants' Response To Plaintiff's Motion Of Intent To Filing Motion To Reopen and Reinstate His Civil Action Against Defendants, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:
Andrew M Ramage

aramage@hinshawlaw.com

and I hereby certify that on September 24, 2013, I caused a copy of the foregoing document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid to the following non-registered participant:

>William Carini #N–51235
>Pontiac Correctional Center
>700 West Lincoln
>P.O. Box 99
>Pontiac, Illinois 61764


      Respectfully submitted,


By:   s/ Christopher L. Higgerson
        Christopher L. Higgerson, #6256085
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois 62706
        Telephone: (217) 782-9056
        Facsimile: (217) 782-8767
        E-Mail: chiggerson@atg.state.il.us